UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
JUNE 24, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00112
 21 U.S.C. § 841(a)(1)
 18 U.S.C. § 922(g)(1)
 18 U.S.C. § 924(a)(8)
 18 U.S.C. § 924(c)(1)(A)

HUBERT LEE SCRUGGS, Jr.

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

On or about October 23, 2024, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant HUBERT LEE SCRUGGS, Jr. knowingly and intentionally possessed with intent to distribute a quantity of marijuana for remuneration, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

1. On or about October 23, 2024, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant HUBERT LEE SCRUGGS, Jr. knowingly possessed the following firearms:

    a. A loaded Arcadia Machine & Tool, model Backup .45 caliber pistol, and

    b. A loaded Taurus, Model PT111 G2A, 9mm caliber pistol,

in and affecting interstate commerce.

2. At the time defendant HUBERT LEE SCRUGGS, Jr. possessed the aforesaid firearms, he knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about August 11, 2010, in the Circuit Court of Kanawha County, West Virginia, of Voluntary Manslaughter in violation of W. Va. Code § 61-2-4.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

On or about October 23, 2024, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant HUBERT LEE SCRUGGS, Jr. did knowingly possess the following firearms, to-wit, a loaded Arcadia Machine & Tool, model Backup .45 caliber pistol and a loaded Taurus, Model PT111 G2A, 9mm caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of marijuana for remuneration, a Schedule I controlled substance in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

The allegations contained in Counts One, Two, and Three of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant HUBERT LEE SCRUGGS, Jr., of violations of 21 U.S.C. § 841(a)(1), 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 924(c)(1)(A), as charged in the Indictment, defendant HUBERT LEE SCRUGGS, Jr. shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses including but not limited to an Arcadia Machine & Tool, model Backup .45 caliber pistol, serial number: DLX02311 and a Taurus, Model PT111 G2A, 9mm caliber pistol, serial number: TMC10527, and all related ammunition seized by law enforcement on or about October 23, 2024.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JUDSON C. MACCALLUM
Assistant United States Attorney